# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147474

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SOKOL J. GOJCAJ,
       Defendant-Appellant.

SC: 147474
COA: 300728
Macomb CC: 2009-002062-FC

_____/

     On order of the Court, the application for leave to appeal the May 30, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2014



Clerk

s0416